**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICHARD MAULDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-cv-00574-SH |
| | ) | |
| WALMART, INC., d/b/a SAM'S CLUB, | ) | |
| SAM'S EAST, INC., d/b/a SAM'S CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' DEMAND FOR JURY TRIAL**

COME NOW, the Defendants, by and through their attorneys of record, Margaret M. Clarke and Douglas R. Scott of Latham, Keele, Lehman, Ratcliff, Carter & Clarke, and hereby demand a trial by jury as to all issues in this matter pursuant to Federal Rule of Civil Procedure 81(c)(3)(B)(ii).

Respectfully submitted,

LATHAM, KEELE, LEHMAN,
RATCLIFF, CARTER & CLARKE, P.C.

*s/Douglas R. Scott*
Margaret M. Clarke, OBA # 16952
Douglas R. Scott, OBA #20325
1515 East 71st Street, Suite 200
Tulsa, OK 74136
(918) 970-2000 Telephone
(918) 970-2002 Facsimile
mclarke@law-lkl.com
hhuber@law-lkl.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mark S. Stanley
*Attorneys for Plaintiff*

*s/Douglas R. Scott*
Douglas R. Scott